IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jeanine L. Taylor d/b/a Snooty Jewelry, <br><br> Plaintiff, <br><br> v. <br><br><br> Pamela Batson, Nancy Sharpe, and <br><br> Amy Ward d/b/a Snooty Peacock, <br><br> Defendants. | Civil Action No. _____ <br><br><br> COMPLAINT |

PARTIES

Plaintiff, Jeanine L. Taylor d/b/a Snooty Jewelry, by her counsel, and for her Complaint against Defendants, Pamela Batson, Nancy Sharpe, and Amy Ward d/b/a Snooty Peacock, alleges as follows:

1. Plaintiff, Jeanine L. Taylor d/b/a Snooty Jewelry, is an individual having a principal place of business at 277 Main Street, Suite 304, Marlborough, MA 01752 (hereinafter "Plaintiff").

2. Upon information and belief, Defendant Pamela Batson d/b/a Snooty Peacock, is an individual having a principal place of business at 1419 Rio Bend Court Grapevine, TX 76051 (hereinafter "Defendant Batson").

3. Upon information and belief, Defendant Nancy Sharpe d/b/a Snooty Peacock, is an individual having a principal place of business at 1419 Rio Bend Court Grapevine, TX 76051 (hereinafter "Defendant Sharpe").

4. Upon information and belief, Defendant Amy Ward d/b/a Snooty Peacock, is an individual having a principal place of business at 377 Kirby Drive, Lantana, TX 76626 (hereinafter "Defendant Ward").

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331; 15 U.S.C. §1116; and 15 U.S.C. §1121, as this action arises under the United States trademark laws (15 U.S.C. §1051 *et seq.*).

6. This Court has personal jurisdiction over Defendants Batson, Sharpe, and Ward because, upon information and belief, they conduct business and have committed acts of trademark infringement within the Commonwealth of Massachusetts.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)(1) and 28 U.S.C. §1391(b)(2).

## COUNT I: FEDERAL TRADEMARK INFRINGEMENT

8. Plaintiff re-alleges Paragraphs 1-7 of this Complaint as if fully set forth herein.

9. For more than fourteen (14) years, Plaintiff has continuously used, marketed and sold jewelry under the mark SNOOTY throughout the United States both in retail stores and online thru her web site (www.snootyjewelry.com).

10. Plaintiff is the sole owner of U.S. Reg. No. 2,957,349 for the mark SNOOTY in connection with jewelry that was registered on May 31, 2005. A copy of U.S. Reg. No. 2,957,349 is attached hereto as Exhibit A.

11. U.S. Reg. No. 2,957,349 for the mark SNOOTY is valid and incontestable.

12. On information and belief, Defendants Batson, Sharpe, and/or Ward use, market and sell jewelry to consumers throughout the United States, including consumers located within the Commonwealth of Massachusetts, under the mark SNOOTY PEACOCK and a logo that wholly incorporates Plaintiff's federally registered mark SNOOTY (hereinafter the "Logo") and operate a web site (www.snootypeacock.com). A copy of Defendant Batson, Sharpe, and/or Ward's web-site is attached hereto as Exhibit B.

13. Defendant Batson, Sharpe, and/or Ward's use, marketing and sale of jewelry under the mark SNOOTY PEACOCK and/or their Logo creates a substantial likelihood of confusion, or to cause mistake, or to deceive customers with Plaintiff's use, marketing and sale of jewelry under her federally registered mark SNOOTY.

14. Defendant Batson, Sharpe, and/or Ward's use, marketing and sale of jewelry under the mark SNOOTY PEACOCK and/or their Logo constitutes infringement of U.S. Reg. No. 2,957,349 for the mark SNOOTY under 15 U.S.C. §1114.

15. On information and belief, Defendants Batson, Sharp, and/or Ward had actual knowledge U.S. Reg. No. 2,957,349 for the mark SNOOTY prior to using, marketing and selling jewelry under the mark SNOOTY PEACOCK and/or their Logo.

16. Defendant Batson, Sharp, and/or Ward's use, marketing and sale of jewelry under the mark SNOOTY PEACOCK and/or their Logo has and continues to be a willful, wanton, and reckless infringement of U.S. Reg. No. 2,957,349 for the mark SNOOTY and constitutes an exceptional case.

17. Defendant Batson, Sharp, and/or Ward's use, marketing and sale of jewelry under the mark SNOOTY PEACOCK and/or their Logo has and continues to cause Plaintiff irreparable harm.

18. Defendant Batson, Sharp, and/or Ward's use, marketing and sale of jewelry under the mark SNOOTY PEACOCK and/or their Logo has and continues to cause Plaintiff monetary damage.

## COUNT II: CANCELLATION OF U.S. REG. NO. 3,818,101

19. Plaintiff re-alleges Paragraphs 1-7 of this Complaint as if fully set forth herein.

20. Plaintiff is the sole owner of U.S. Reg. No. 2,957,349 for the mark SNOOTY in connection with jewelry that was registered on May 31, 2005. A copy of U.S. Reg. No. 2,957,349 is attached hereto as Exhibit A.

21. U.S. Reg. No. 2,957,349 for the mark SNOOTY is valid and incontestable.

22. Upon information and belief, Defendants Batson, Sharp and Ward are the sole owners of all right, title, and interest to U.S. Reg. No. 3,818,101 for the mark SNOOTY PEACOCK & Design. A copy of U.S. Reg. No. 3,818,101 is attached hereto as Exhibit C.

23. U.S. Reg. No. 3,818,101 was registered on July 13, 2010, and this action for cancellation is brought less than five (5) years from the date of registration.

24. U.S. Reg. No. 3,818,101 was granted improperly by the U.S. Patent and Trademark Office because the mark shown in U.S. Reg. No. 3,818,101 is likely to cause confusion with U.S. Reg. No. 2,957,349 owned by Plaintiff.

25. This Court has the power and authority to cancel U.S. Reg. No. 3,818,101 pursuant to 15 U.S.C. §1119.

## REQUESTED RELIEF

Plaintiff requests this Court to enter judgment in favor of her against Defendants Batson, Sharpe, and Ward, jointly and severally, on the above counts and grant her the following relief:

1. An Order that Defendants Batson, Sharpe, and Ward, and their agents, servants, employees and those persons in active concert or participation or otherwise in privity with any of them, be preliminary and permanently enjoined from using in any manner Plaintiff's federally registered mark SNOOTY in connection with the marketing and/or sale of jewelry, or any other mark confusing similar to Plaintiff's federally registered mark SNOOTY;

2. An Order that Batson, Sharpe, and Ward deliver to Plaintiff for destruction all products, labels, signs, prints, packages, advertisements, web-sites, and/or any other printed or electronic material which displays or contains Plaintiff's federally registered mark SNOOTY.

3. An Order cancelling U.S. Reg. No. 3,818,101.

4. An accounting by Defendants Batson, Sharpe, and Ward to Plaintiff of all profits derived by Defendants Batson, Sharpe, and Ward from their acts of infringement.

5. Awarding Plaintiff an amount of money equal to the profits realized by Defendants Batson, Sharpe, and Ward from their acts of infringement as may be proved at trial;

6. Awarding Plaintiff an amount of money equal to actual damages incurred by Plaintiff as may be proved at trial;

7. Awarding Plaintiff an amount of money equal to three times the amount of Plaintiff's actual damages;

8. Awarding Plaintiff interest on actual damages;

9. Awarding Plaintiff her reasonable attorney fees and costs in connection with this action; and

10. Such other relief as this Court deems equitable and just.

## REQUEST FOR A JURY

Plaintiff hereby requests a jury on all issues triable by a jury.

        Respectfully submitted,

        Jeanine Taylor d/b/a Snooty Jewelry

        By her Attorney,

Dated: 09-16-2013

        /s/ *Steven N. Fox*
        Steven N. Fox (BBO #554692)
        62 South Main Street
        Sharon, MA 02067
        (781) 821-8920
        E-Mail: sfox@foxpatent.com